MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5084
    Facsimile: (408) 535-5066
    Email: John.Glang@usdoj.gov

Attorneys for the United States of America

**IT IS SO ORDERED**
Judge Edward J. Davila
2/8/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> BARDOMIANO RAMIREZ GOMEZ, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 11-00323-EJD <br><br> STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING DRAFT COPIES OF TRANSCRIPTS |

    The above-captioned defendant and the United States of America, by and through their counsel of record, hereby agree and stipulate as follows:

    At the defendant's request, the United States has agreed to provide draft copies of the transcripts of the recorded conversations that were intercepted during execution of the wiretap orders obtained in this case. The parties agree that the draft transcripts may contain errors with respect to the transcription of the material on the recordings, date and time of the call, spelling, the identification of speakers or voices, or translation of phrases from foreign languages or code into the English language. The parties further agree that the draft transcripts that have been

1

prepared by the United States will not be used in any manner to impeach the final transcript at any hearing or at trial.  Further, the parties agree that the draft transcripts will not be used by the defense to question or cross-examine any witness at any hearing or trial concerning the content or preparation of the transcripts, voice identification, or translation.

DATED:   February 7, 2013   MELINDA HAAG
United States Attorney


_____/s/_____
JOHN N. GLANG
Assistant United States Attorney


_____/s/_____
JAY RORTY
Attorney for defendant Bardomiano Ramirez Gomez