| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5084 |
| 7 | Fax: (408) 535-5066<br>E-Mail: John.Glang@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARDOMIANO RAMIREZ-GOMEZ,<br><br>Defendant. | No. CR 11-00323-DLJ<br><br>STIPULATION AND []<br>ORDER RESCHEDULING STATUS<br>HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently scheduled for Thursday, June 13, 2013, at 9:00 a.m., be vacated and rescheduled for Thursday, October 17, 2013 at 9:00 a.m. before U.S. District Judge D. Lowell Jensen. The parties further stipulate that the court may exclude the period of time from June 20, 2013 through and including October 17, 2013 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

///

///

///

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 11-00323-DLJ**

It is so stipulated.

Dated: June 12, 2013 \_\_\_\_/s/_____
JOHN N. GLANG
Assistant United States Attorney

Dated: June 12, 2013 _____/s/_____
JAY RORTY
Attorney for Bardomiano Ramirez Gomez

## [] ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Thursday, June 13, 2013 at 9:00 a.m., be vacated and rescheduled for Thursday, October 17, 2013 at 9:00 a.m. before U.S. District Judge D. Lowell Jensen.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from June 13, 2013 through and including October 17, 2013 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of defense counsel to continue to review 57 discs containing 39,409 pages of discovery that the government has provided to him, and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:
Dated: _____ _____
D. LOWELL JENSEN
United States District Judge